IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Colby Sean Wells

1210 Lawler Drive

Frederick, MD 21702

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

USDC- BALTIMORE MD
'23 APR 24 PM 2:34

-against-

Securitas Security Services USA, Inc

4330 Park Terrace Drive

Westlake Village, CA 91361

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:      ☐ Yes    ☐ No
                 *(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Colby Sean Wells

Street Address: 1210 Lawler Drive

City and County: Frederick

State and Zip Code: MD 21702

Telephone Number: 240-565-1020

E-mail Address: Colbyseanwells@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: ~~Lea-Robi~~

Job or Title (if known): Securitas Security Services USA, Inc

Street Address: 4330 Park Terrace Drive

City and County: Westlake

State and Zip Code: CA 91361

Telephone Number:

E-mail Address (if known):

2

Defendant No. 2

Name                          NA

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Name                          NA

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

*(If there are more than three defendants, attach an additional page
providing the same information for each additional defendant.)*

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

Name                  Securitas Security Services

Street Address        7300 Crestwood Blvd

City and County       Frederick

State and Zip Code    MD 21703

Telephone Number      301-696-2500

3

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

_____

☐  Relevant state law *(specify, if known)*:

_____

☐  Relevant city or county law *(specify, if known)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

     ☐   Failure to hire me.

     ☐   Termination of my employment.

     ☐   Failure to promote me.

     ☐   Failure to accommodate my disability.

     ☐   Unequal terms and conditions of my employment.

     ☑   Retaliation.

     ☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

*11/9/21 , 1/10/22, 5/19/22 Various dates & incidents*

C.   I believe that defendant(s) *(check one)*:

     ☐   is/are still committing these acts against me.

     ☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

     ☑   race *African American*

     ☑   color _____

     ☑   gender/sex *Gay male*

     ☐   religion _____

     ☐   national origin _____

     ☐   age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

     ☐   disability or perceived disability *(specify disability)*

_____

# Colby S. Wells 1210 Lawler Drive, Frederick, MD 21702

1. My initial onboarding included casual conversations from management, which included I would be watched closely "because of your skin color". The location I worked at was not diverse, and my supervisor and I was the only employees of African descent. This was an initial red flag, however, I decided to move forward and work as that was the overall goal.

2. Employees I worked with verbally stated "I make the team look bad". I have no frame of reference that would give anyone the right to state such in the workplace.

3. After making management aware of various issues in addition to the elder white gentlemen telling me "tie my shoe" and me voicing my uncomfortable nature to work with him, management made little to no attempt to reprimand this individual, or grant me a schedule without him or his peers who were seemingly instituting indirect discrimination and harassment, essentially reprisal for me informing management of his ongoing discriminatory comments.

4. My mental health felt like it was declining with constant anxiety when I was given no choice but to work with certain individuals, as I wasn't getting any support. I had to decide to remain in an environment which has clear diversity, equity, and inclusion issues, and is use to running as such because the backlash to the supervisor himself may not be favorable based on his race and ethnicity. Or resign and regain some control over my mental health. I chose the latter.

5. It was clear my immediate superior was in a compromising position, and I felt as though my concerns went unheard for so long, and by the time a mediation meeting was held, it fell on death ears, because immediately following the mediation the "Tie my shoe" incident occurred. Therefore, it was obvious the supervisor (black male) authority was not one in which this individual respected either.

6. Additionally, my schedule had been changed and was no longer a set schedule but varied with no indication (ad hoc) because I reported racism. This was not conducive, was not what I was hired to work, and I felt I was being punished and receiving reprisal for vocalizing workplace discrimination and harassment.

      **NOTE:** The aggressor was allowed to continue his normal schedule with no adjustment or interruptions.

7. I felt I had no choice but to resign as:
      - I wasn't given a resolve which was equal to my position status or pay
      - I was continuously being harassed, watched, picked on, exposed to microaggressions. And

Colby S. Wells 1210 Lawler Drive, Frederick, MD 21702

- o Due to resources (staffing shortages) management failed to act in a timely fashion which was not healthy for my mental stability.

# This will serve as a formal complaint

*Colby Sean Wells*
*Notes Kept*

I have been harassed,
Followed on camera  on break, demeaned,
And mentally and emotionally exhausted.
 Rick Koons has been rude, uncomfortable to work with, and disregarding for the well being of others. I have grown very weary of being under a what seems to be a racially motivated spotlight while doing my daily activities. I can't manage to feel comfortable at work, making my regular work life difficult and unfair. My goal is to have this filed for record.

I have been Subject to:

Random outburst

Strict arbitrary rules

Consistent displays of rude behaviour

Unworkrelated Reviews of things I do on camera

Being made to feel less than

I'm will also be filling an harassment complaint following additional Comments made by Rick Koons to "Tie his Shoe" and his reasonings because he wanted to test my loyalty to the job, and my position as a coworker.
- When asked if I have ever shown him an unkindness to make him feel that way he could not produce an example- supervisor can verify

11/9/21- First thought of contacting HR
-Mental abuse
Verbal abuse
Uncomfortable work environment
Distractions
Being penalised for distractions(is r
Anxiety
Working six days a week for the past 3 months -being penalised for small mistakes (clipboard cover ups, patrol speed)
Written up for first time being late
Feel like the manager is being back into a corner because we are the on two African American Employees

Rick Koons ask me to Tie his shoe"- after a meeting with supervisor to resolve any conflict

Has effected my school work

Work life (hours, comfort)

Outside life

Mental health

Financial Well-being

01/10/22- ran my body into door from mental stress and what felt like harassment

I receive no formal paperwork, the aggressive party never receive reprimanding period. My life and schedule was up rooted

I was told not to bring tablet to work when white co workers were allowed in order to avoid complaints from white coworkers from black supervisor

Feared for my life - working in close quarters in an unmonitored room

Has been a continuous toll on my mental and spiritual well-being

E.    The facts of my case are as follows.  Attach additional pages if needed.

*Attached with Notes of dates incidents happened*

_____

_____

_____

_____

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*MAy 2022*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* January 25, 2023

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to this unfortunate situation I would like compensation for mental anguish,

time loss due to unemployment, past and future medical bills, pain and suffering, therapy,

lost wages and future income, current and future legal fee when applicable.

7

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __4/23__ , 20 23

Signature of Plaintiff    _Colby Wells_

Printed Name of Plaintiff    Colby Sean Wells

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

8